No. 82–207.   Eastside Mental Health Center, Inc. v. Williams.   C. A. 11th Cir.   Motion of respondent for

leave to proceed *in forma pauperis* granted. Certiorari denied.